**No. 11-5174. Billy Ray Irick, Petitioner v. Ricky J. Bell, Warden.**

565 U.S. 1036, 132 S. Ct. 575, 181 L. Ed. 2d 424, 2011 U.S. LEXIS 8089.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 636 F.3d 289.